**Abatement Order filed January 17, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-18-01092-CV**

---

**IN RE EOG RESOURCES, INC., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-34043**

---

## A B A T E M E N T   O R D E R

On December 20, 2018, relator, EOG Resources, Inc., filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator has asked this court to compel the Honorable Caroline Baker, former presiding judge of the 295th District Court of Harris County, to vacate her order granting a new trial and render a take-nothing judgment in relator's favor.

Because the respondent ceased to hold the office of Judge of the 295th District Court of Harris County after the institution of this action, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Donna Roth, to reconsider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b).

This mandamus proceeding is abated until **February 19, 2019**, by which time Judge Roth shall advise this court of the action taken on relator's request. This court then will consider a motion to reinstate or dismiss this proceeding, as appropriate.

It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.